No. 137. UNITED STATES ET AL. *v.* CHICAGO & EASTERN ILLINOIS RAILROAD Co.; and

No. 138. ILLINOIS COMMERCE COMMISSION ET AL. *v.* CHICAGO & EASTERN ILLINOIS RAILROAD Co. Appeals from D. C. N. D. Ill. [Probable jurisdiction noted, 398 U. S. 957.] Judgment vacated and cases remanded to the United States District Court for the Northern District of Illinois with directions to remand to the Interstate Commerce Commission for a determination as to whether the trains involved constitute an "intercity" service within the meaning of § 102 (5) of the Rail Passenger Service Act of 1970, Pub. L. 91–518, 84 Stat. 1328. Reported below: 308 F. Supp. 645.

No. 768. MESSER ET AL. *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. Appeal from D. C. E. D. Ky. Upon consideration of suggestion of mootness and examination of entire record, judgment vacated and case remanded to the United States District Court for the Eastern District of Kentucky with directions to dismiss case as moot.

No. 789. CITY OF CHICAGO ET AL. *v.* UNITED STATES ET AL.;

No. 793. WESTERN PACIFIC RAILROAD Co. *v.* CITY OF CHICAGO ET AL.;

No. 794. BURLINGTON NORTHERN, INC., ET AL. *v.* CITY OF CHICAGO ET AL.; and

No. 797. UNITED STATES ET AL. *v.* CITY OF CHICAGO ET AL. Appeals from D. C. N. D. Ill. That portion of judgment appealed from in No. 789 affirmed. Those portions of judgment appealed from in Nos. 793, 794, and 797 reversed and cases remanded to the United States District Court for the Northern District of Illinois for further proceedings. *United States* v. *City of Chicago, ante,* p. 8. Reported below: 314 F. Supp. 886.